

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| BRIAN ANTHONY GAMERO, | § | No. 08-15-00280-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal Dist Court No. 1 |
| STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20140D02777) |

## **O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **February 6, 2016.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Evangelina Morales, Court Reporter for the Criminal District Court No. 1, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **February 6, 2016.**

IT IS SO ORDERED this 22nd day of December, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.